IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JOHNNY EDWARDS**                                                                                    **PLAINTIFFS**

**VS.**                          **CASE NO. 2:08CV0053 JMM**

**ARKANSAS DEPARTMENT OF C0RRECTIONS, ET AL.**                          **DEFENDANTS**

## ORDER

For good cause shown, plaintiff's Motion to Extend Time to Reply to the Magistrate Judge's Recommendations is granted (#22).  Plaintiff shall have up to, and including, October 7, 2008, to file his response to the Magistrate Judge's Recommendation.

IT IS SO ORDERED THIS  23   day of   September  , 2008.

_____
James M. Moody
United States District Judge