**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

JOHNNY EDWARDS                                                                                          PLAINTIFF

V.                                        NO: 2:08CV00053 JMM/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The motion to dismiss filed by Defendants Loretha Brooks, Ray Hobbs, Arkansas Department of Correction, Larry Norris, James Gibson, Randy Watson, and Michael Allen (docket entry #9) is GRANTED IN PART AND DENIED IN PART.

2. The motion is GRANTED with respect to Plaintiff's claims against the Arkansas Department of Correction, Ray Hobbs, Michael Allen, and Loretha Brooks, Plaintiff's claims against them are DISMISSED WITHOUT PREJUDICE, and their names are removed as party Defendants.

3. The motion is DENIED in all other respects.

DATED this __8__ day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE