**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

JOHNNY EDWARDS                                                                                          PLAINTIFF

V.                                          NO: 2:08CV00053 JMM/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. Plaintiff has responded that he has no objections to the Magistrate Judge's Proposed Findings and Partial Recommended Disposition. After making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against Defendants Jones and Morrison are DISMISSED WITHOUT PREJUDICE, and the names of Jones and Morrison are removed as party Defendants.

DATED this   21   day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE